ELIZABETH O'CONNOR LITTLE et al., Appellants, v NEW YORK STATE TASK FORCE ON DEMOGRAPHIC RESEARCH AND REAPPORTIONMENT et al., Defendants, and MICHAEL BAILEY et al., Intervenors-Respondents.

Decided February 14, 2012

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

MARKO S., Also Known as MARKO ALEXANDER S., Also Known as MARKO A., Respondent, v HEATHER S., Also Known as HEATHER KIM S., Appellant.

Submitted December 27, 2011; decided February 14, 2012

Reported below, 2011 NY Slip Op 77742(U).

Motion for reargument and other relief denied [see 17 NY3d 900 (2011)].

In the Matter of NECHAMA MARKOVICI, Appellant, v LAZAR MAR-KOVICI, Respondent.

Submitted December 27, 2011; decided February 14, 2012

Reported below, 2011 NY Slip Op 89469(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motions for poor person relief and a stay dismissed as academic.